**COMMONWEALTH OF MASSACHUSETTS**
**SUFFOLK COUNTY CIVIL**
Docket Report

## 1784CV03204 Davila, Carmen vs. Vermont Mutual Group

| | |
|---|---|
| **CASE TYPE:** Business Litigation | **FILE DATE:** 10/05/2017 |
| **ACTION CODE:** BH2 | **CASE TRACK:** B - Special Track (BLS) |
| **DESCRIPTION:** Complex Unfair Trade Practices | |
| **CASE DISPOSITION DATE** 11/16/2017 | **CASE STATUS:** Closed |
| **CASE DISPOSITION:** Transferred to another Court | **STATUS DATE:** 11/16/2017 |
| **CASE JUDGE:** | **CASE SESSION:** Business Litigation 1 |

### LINKED CASE

### PARTIES

**Plaintiff**
Davila, Carmen

643668
Jeffrey Morneau
Connor & Morneau, LLP
Connor & Morneau, LLP
273 State St Second Floor
Springfield, MA 01103
Work Phone (413) 455-1730
Added Date: 10/05/2017

038440
Elliot Beresen
Manelis & Beresen
Manelis & Beresen
929 Worcester Rd
Framingham, MA 01701
Work Phone (508) 875-3833
Added Date: 10/05/2017

**Defendant**
Vermont Mutual Group

648151
Michael Scott Batson
Hermes, Netburn, O'Connor & Spearing, P.C.
Hermes, Netburn, O'Connor & Spearing, P.C.
265 Franklin St
Seventh Floor
Boston, MA 02110
Work Phone (617) 210-7745
Added Date: 11/15/2017

683875
Michael C Kinton
Hermes Netburn O'Connor & Spearing P.C.
Hermes Netburn O'Connor & Spearing P.C.
265 Franklin St 7th Floor
Boston, MA 02110
Work Phone (617) 728-0050
Added Date: 11/15/2017

# COMMONWEALTH OF MASSACHUSETTS
## SUFFOLK COUNTY CIVIL
### Docket Report

## INFORMATIONAL DOCKET ENTRIES

| Date | Ref | Description | Judge |
|---|---|---|---|
| 10/05/2017 | | Attorney appearance<br>On this date Elliot Beresen, Esq. added for Plaintiff Carmen Davila | |
| 10/05/2017 | | Attorney appearance<br>On this date Jeffrey Morneau, Esq. added for Plaintiff Carmen Davila | |
| 10/05/2017 | 1 | Original civil complaint filed. | |
| 10/05/2017 | 2 | Civil action cover sheet filed. | |
| 10/11/2017 | 3 | General correspondence regarding Notice of Acceptance into Business Litigation Session<br>This case is assigned to BLS 1 (dated 10/9/17) notice sent 10/10/17<br><br>Judge: Sanders, Hon. Janet L | Sanders |
| 11/01/2017 | 4 | Service Returned for<br>Defendant Vermont Mutual Group: Service through person in charge / agent; | |
| 11/15/2017 | | Attorney appearance<br>On this date Michael Scott Batson, Esq. added for Defendant Vermont Mutual Group | |
| 11/15/2017 | | Attorney appearance<br>On this date Michael C Kinton, Esq. added for Defendant Vermont Mutual Group | |
| 11/16/2017 | 5 | Notice of Removal to the United States District Court filed by<br><br>by Defendant (US Dist # 17-cv-12266)<br><br>Applies To: Vermont Mutual Group (Defendant) | |
| 11/16/2017 | | REMOVED to the U.S. District Court<br>of Massachusetts | |
| 11/16/2017 | | Case transferred to another court. | |

I HEREBY ATTEST AND CERTIFY ON
Nov. 20, 2017, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk